United States District Court
For Massachusetts

Damien Santos
Plaintiff
vs.
Carol Mici et al.
Defendant(s)

C.A. NO 1:23-CV-10082-PBS.

2024 JAN 29 AM 11:56

Declaration of Inmate Damien S. W116755 W- In Support of Preliminary Injuction

Ⓧ Damien, States:

#1. I have heard C.O.'s Stephen D. Adams; Taylor J. Landry; Roger P. Sweeny; Kendall R. Amadon call Inmate Lance Hullum, A139437, a Pedolphile, Snitch; ect. Because he has filed Grevances) on multiple Correctional Officers while on H2 unit, at SBCC. They are constantly down talking and calling us out of our names for no real reason.

Pursuant to 28 U.S.C. Section 1746, I declare under penalty of that the foregoing is True and Correct.

Ⓧ Mr. Damien S.
1/20/24
Ⓧ Mr. Damien Santos

SBCC P.O Box #8000
Shirley, MA 01464